United States District Court

Eastern District of California

Alamar Cyril Houston,

       Plaintiff,

vs.

Thomas L. Carey,

       Defendant.

No. Civ. S 04-1923 LKK PAN P

Order

-oOo-

    May 12, 2005, plaintiff requested an extension of time to amend his complaint.  Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  May 17, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge