United States District Court

Eastern District of California

Alamar Cyril Houston,

       Plaintiff,

vs.

Thomas L. Carey, et al.,

       Defendants.

No. Civ. S 04-1923 RRB PAN P

Order

-oOo-

Plaintiff is a state prisoner without counsel seeking to commence a civil rights action. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

The amended complaint states cognizable claims for relief against defendants Maes, Williams, Eaton, Mills and Just pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

Accordingly, the court hereby orders that:

1. Service is appropriate for defendants Maes, Williams,

1  Eaton, Mills and Just.
2     2.  The Clerk of the Court shall send plaintiff four USM-285
3  forms, one summons, an instruction sheet and one copy of the June
4  16, 2005, pleading.
5     3.  Within 30 days from service of this order, plaintiff
6  shall complete the attached Notice of Submission of Documents and
7  submit it to the court with the completed summons and USM-285
8  forms and six copies of the June 16, 2005, pleading.
9     4.  Upon receipt of the necessary materials, the court will
10 direct the United States Marshal to serve defendants Maes,
11 Williams, Eaton, Mills and Just pursuant to Federal Rule of Civil
12 Procedure 4 without payment of costs.
13    Dated:  January 5, 2006.

                                          /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
                                          Magistrate Judge

United States District Court

Eastern District of California

Alamar Cyril Houston,

      Plaintiff,      No. Civ. S 04-1923 RRB PAN P

  vs.                Notice of Submission of Documents

Thomas L. Carey, et al.,

      Defendants.

-oOo-

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_ completed summons form

    \_\_\_\_ completed forms USM-285

    \_\_\_\_ copies of the _____
                      Amended Complaint

Dated: _____

                      _____
                      Plaintiff