IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAMAR CYRIL HOUSTON,

    Plaintiff,                    No. CIV S-04-1923 RRB PAN P

    vs.

THOMAS L. CAREY, et al.,

    Defendant.                 ORDER

_____/

        Defendants' first request for an enlargement of time to file a response to Plaintiff's amended complaint was considered by this Court, and good cause appearing,

        IT IS HEREBY ORDERED that Defendants have until May 24, 2006, within which to file a response.

DATED: May 4, 2006.

UNITED STATES MAGISTRATE JUDGE

/hous1923.ext