IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**ALAMAR CYRIL HOUSTON,**

    Plaintiff,

v.

**THOMAS L. CAREY et al.,**

    Defendants.

CASE NO. 2:04-cv-1923 RRB PAN P

**ORDER**

    Defendants' Second Request for an Extension of Time to respond to Plaintiff's Amended Complaint was considered by the Court, and good cause appearing,

    IT IS HEREBY ORDERED that Defendants have to and including June 23, 2006 to file a responsive pleading to Plaintiff's Amended Complaint.

DATED: June 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/hous1923.ext2

[Proposed] Order