IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALAMAR CYRIL HOUSTON,** | 2:04-cv-1923 RRB EFB P |
| Plaintiff, | **ORDER** |
| v. | |
| **THOMAS L. CAREY et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel and *in forma pauperis* with a civil action pursuant to 42 U.S.C. § 1983.  On December 5, 2006, defendants sought an extension of time of 60 days in which to file a motion for summary judgment.  Good cause appearing, defendants' request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' December 5, 2006, request for an enlargement of time is granted.

2. Defendants are granted 60 days from the date this order is served within which to file and serve a motion for summary judgment.

Dated: December 7, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE