IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAMAR CYRIL HOUSTON,

    Plaintiff,                      No. CIV S-04-1923 RRB EFB P

    vs.

THOMAS L. CAREY, et al.,

    Defendants.              ORDER

_____/

    Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On February 23, 2007, defendants filed a motion for summary judgment. *See* Fed. R. Civ. P. 56. Plaintiff has not filed an opposition or a statement of no opposition to the motion.

    A responding party's failure "to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." L. R. 78-230(m). Failure to comply with any order or with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." L. R. 11-110. The court may recommend this action be dismissed with or without prejudice, as appropriate, if plaintiff disobeys an order or the Local Rules. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1252 (9th Cir.

1

1  1992) (district court did not abuse discretion in dismissing *pro se* plaintiff's complaint for failing
2  to obey an order to re-file an amended complaint to comply with Federal Rules of Civil
3  Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for *pro se*
4  plaintiff's failure to comply with local rule regarding notice of change of address affirmed).

5      On February 17, 2006, the court informed plaintiff that all motions must be briefed in
6  accordance with Local Rule 78-230(m), and that failure timely to oppose a motion may be
7  deemed consent to the relief requested in the motion.  Also on that date, the Clerk of the Court
8  served on plaintiff a copy of the Local Rules of this Court.  Nevertheless, plaintiff has not filed
9  an opposition or statement of non-opposition to defendants' motion for summary judgment.

10      Accordingly, IT IS HEREBY ORDERED that within 20 days of the date of this order,
11  plaintiff shall file an opposition to the motion for summary judgment or a statement of non-
12  opposition.  Failure to comply with this order will result in a recommendation that this action be
13  dismissed pursuant to Fed. R. Civ. P. 41(b).

14  DATED:  April 12, 2007.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE