IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAMAR CYRIL HOUSTON,

    Plaintiff,                    No. CIV S-04-1923 RRB EFB P

    vs.

THOMAS L. CAREY, et al.,

    Defendants.            <u>ORDER</u>

_____/

Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Pursuant to the July 28, 2006, schedule, plaintiff's pretrial statement was due March 23, 2007, defendants' pretrial statement was due April 6, 2007, pretrial conference is set for April 13, 2007, and trial is set for July 9, 2007. However, because defendants' motion for summary judgment is currently pending, the above dates are vacated. *See* Fed. R. Civ. P. 16(b).

On February 23, 2007, defendants moved for a protective order, seeking to have documents central to their motion for summary judgment kept under seal for a period of seventy-five years in order to ensure the safety of the prisoners involved. Good cause appearing, that request is be granted.

So ordered.

Dated: April 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE