IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAMAR CYRIL HOUSTON,

    Plaintiff,                         No. CIV S-04-1923 GEB EFB P

    vs.

THOMAS L. CAREY, et al.,

    Defendants.                  <u>ORDER</u>

_____/

     On May 21, 2007, Findings and Recommendations were filed recommending that this action be dismissed. On September 6, 2007, the assigned district judge adopted that recommendation and the case was dismissed. Judgment was entered accordingly. Notwithstanding that judgment closing this case, plaintiff filed on September 24, 2007, a motion to dismiss. That motion dismiss is superfluous and is denied.

     The court notes that it will issue no response to future filings by plaintiff in this action not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

     So ordered.

DATED: October 17, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE